**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DORIS J. FIGLO,                :   No. 590 MAL 2020

            Respondent        :

                                 :   Petition for Allowance of Appeal

                                 :   from the Order of the Superior Court

             v.                    :

                                 :

DAVID A. HAWLEY T/D/B/A MUNCY    :
RESTORATION WORKS,           :

                                 :

            Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 5th day of April, 2021, the Petition for Allowance of Appeal is **DENIED**.